2 5 2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY    WILLIAM T. WALSH, CLERK

|  |  |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS,<br>        Plaintiffs<br><br>v.<br><br>TMI CONTRACTORS, INC.,<br><br>        Defendant | Civil Action No. 07-0741 (SRC)(MAS)<br><br>ORDER TO ENFORCE<br>LITIGANT'S RIGHTS |

**THIS MATTER** having come before the Court by Kroll Heineman Giblin, LLC, (Vincent M. Giblin, Esq., appearing) attorneys for Petitioners, pursuant to a Motion to Enforce Litigant's Rights; and the Respondent having failed to appear on the return date and having failed to comply with the information subpoena; and this Court having fully considered the moving papers submitted, as well as the argument of counsel, if any, and for good and sufficient cause shown;

IT IS on this 23rd day of January, 2008,

**ORDERED, ADJUDGED AND DECREED** that Respondent TMI Contractors, Inc., has violated Petitioners' Rights as litigants;

**ORDERED** that Respondent TMI Contractors, Inc., shall immediately furnish answers as required by the information subpoena;

**ORDERED** that Respondent TMI Contractors, Inc., shall comply with the information subpoena within ten (10) days of the certified date of personal service or mailing of this Order; and it is further

**ORDERED** that should Respondent Tony Ilveski fail to comply with this Order, Petitioner may apply for attorneys' fees and costs, to be supported by certification.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE